<table>
<tr><td>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY</td><td></td></tr>
<tr><td>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Gary F. Eisenberg<br>New Jersey State Bar No. 033261989<br>ASHURST PERKINS COIE US LLP<br>1155 Avenue of the Americas 22nd Floor<br>New York, NY 10036-2711<br>Telephone: (212) 262-6902<br>gary.eisenberg@ashurstperkins.com<br><br>Counsel to Johnson River Ranch, LLC, Bridgelink Investments, LLC, and Red Leaf Investments, LLC</td><td></td></tr>
<tr><td>In re:<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Debtor.</td><td>Chapter 11<br><br>Case No. 26-17342 (ELO)</td></tr>
<tr><td>BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin, on behalf of SPIN CAPITAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON RIVER RANCH, LLC, BRIDGELINK INVESTMENTS, LLC, AND RED LEAF INVESTMENTS, LLC</td><td>Adv. Proc. No. 26-1532</td></tr>
</table>

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that Gary F. Eisenberg and the law firm ASHURST PERKINS COIE US LLP appear as counsel in this adversary proceeding for Defendants Johnson River Ranch, LLC, Bridgelink Investments, LLC, and Red Leaf Investments, LLC. As directed by

Federal Rule of Bankruptcy Procedure 9010(b) the attorneys' name, office address, telephone number and facsimile are as follows:

Gary F. Eisenberg
ASHURST PERKINS COIE US LLP
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6902
gary.eisenberg@ashurstperkins.com

Request is hereby made pursuant to Fed. R. Bankr. P. 2002 and 9010(b) that all notices given or required to be given in this case and all pleadings, motions, and papers served or required to be served in this adversary be given to and served upon the undersigned at the address provided.

Dated: November 24, 2026.

Respectfully submitted,

**ASHURST PERKINS COIE US LLP**

By: */s/ Gary F. Eisenberg*
Gary F. Eisenberg
New Jersey State Bar No. 033261989
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6902
gary.eisenberg@ashurstperkins.com

**CERTIFICATE OF SERVICE**

I hereby certify on this 24th day of November 2026, that I served a true and correct copy of the foregoing upon all parties registered to receive electronic service via this Court's ECF notification system.

*/s/ Gary F. Eisenberg*
Gary F. Eisenberg