| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Gary F. Eisenberg<br>New Jersey State Bar No. 033261989<br>ASHURST PERKINS COIE US LLP<br>1155 Avenue of the Americas 22nd Floor<br>New York, NY 10036-2711<br>Telephone: (212) 262-6902<br>gary.eisenberg@ashurstperkins.com<br><br>*Counsel to Johnson River Ranch, LLC, Bridgelink Investments, LLC, and Red Leaf Investments, LLC* | |
| In re:<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No. 26-17342 (ELO) |
| BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin, on behalf of SPIN CAPITAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON RIVER RANCH, LLC, BRIDGELINK INVESTMENTS, LLC, AND RED LEAF INVESTMENTS, LLC<br><br>Defendants. | Adv. Proc. No. 26-1532 |

## APPLICATION FOR ADMISSION OF ROBERT A. SIMON *PRO HAC VICE*

Johnson River Ranch, LLC, Bridgelink Investments, LLC, and Red Leaf Investments, LLC ("Movants") respectfully submit this application pursuant to Rule 101.1 of the Local Civil Rules of the United States District Court for District of New Jersey and Rule 9010-1(b) of the Local

Bankruptcy Rules of this Court, for the admission *pro hac vice* of Robert A. Simon, of Whitaker Chalk Swindle & Schwartz PLLC, to represent the Movants in this bankruptcy case. The Movants submit the certification of Robert A. Simon in support of the application, which demonstrates that he is qualified to be admitted *pro hac vice*.

Movants respectfully request that this Court enter the proposed Order submitted herewith granting the relief sought.

Dated: November 24, 2026.

Respectfully submitted,

**ASHURST PERKINS COIE**

By: */s/ Gary F. Eisenberg*

Gary F. Eisenberg
New Jersey State Bar No. 033261989
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
Telephone: (212) 262-6902
gary.eisenberg@ashurstperkins.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Gary F. Eisenberg<br>New Jersey State Bar No. 033261989<br>ASHURST PERKINS COIE US LLP<br>1155 Avenue of the Americas 22nd Floor<br>New York, NY 10036-2711<br>Telephone: (212) 262-6902<br>gary.eisenberg@ashurstperkins.com<br><br>*Counsel to Johnson River Ranch, LLC, Bridgelink Investments, LLC, and Red Leaf Investments, LLC* | |
| In re:<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No. 26-17342 (ELO) |
| BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin, on behalf of SPIN CAPITAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON RIVER RANCH, LLC, BRIDGELINK INVESTMENTS, LLC, AND RED LEAF INVESTMENTS, LLC<br><br>Defendants. | Adv. Proc. No. 26-1532 |

**CERTIFICATION OF ROBERT A. SIMON IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, Robert A. Simon, certify that:

1. I submit this certification in support of the application filed pursuant to Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-

Court *pro hac vice* to represent Johnson River Ranch, LLC, Bridgelink Investments, LLC, and Red Leaf Investments, LLC in this bankruptcy case.

2. I am a member of the law firm of Whitaker Chalk Swindle & Schwartz PLLC. I maintain an office for the practice of law in the firm's office in Fort Worth, Texas.

3. I am a member in good standing of the State Bar of Texas.

4. I have familiarized myself with the Local Rules of this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

5. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I understand that if I am admitted *pro hac vice* to this Court, I am within the disciplinary jurisdiction of the United States District Court for the District of New Jersey and I voluntarily consent to the same. I further certify that I will abide with all rules, regulations and orders of this Court.

7. I have been advised of my obligation to make payment of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28 and payment to the United States District Court for the District of New Jersey and shall immediately comply with those requirements upon my admission *pro hac vice*.

8. I certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief. I understand that if any such statement is willfully false, I am subject to punishment.

Dated: November 24, 2026

Robert A. Simon



190309301.1

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Gary F. Eisenberg<br>New Jersey State Bar No. 033261989<br>ASHURST PERKINS COIE US LLP<br>1155 Avenue of the Americas 22nd Floor<br>New York, NY 10036-2711<br>Telephone: (212) 262-6902<br>gary.eisenberg@ashurstperkins.com<br><br>*Counsel to Johnson River Ranch, LLC, Bridgelink Investments, LLC, and Red Leaf Investments, LLC* | |
| In re:<br><br>AVRUMI LUBIN a/k/a JOSH LUBIN<br><br>Debtor. | Chapter 11<br><br>Case No. 26-17342 (ELO) |
| BENJAMIN A. STANZIALE, JR., CHAPTER 11 TRUSTEE FOR AVRUMI LUBIN a/k/a Josh Lubin, on behalf of SPIN CAPITAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON RIVER RANCH, LLC, BRIDGELINK INVESTMENTS, LLC, AND RED LEAF INVESTMENTS, LLC<br><br>Defendants. | Adv. Proc. No. 26-1532 |

**ORDER FOR ADMISSION *PRO HAC VICE***

The relief set forth on the following page is **ORDERED**.

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Robert S. Simon be permitted to appear pro hac vice; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $250.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

**CERTIFICATE OF SERVICE**

I hereby certify on this 24th day of November 2026, that I served a true and correct copy of the foregoing upon all parties registered to receive electronic service via this Court's ECF notification system.

*/s/ Gary F. Eisenberg*
Gary F. Eisenberg